IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| LARRY CARLISLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-5115-CV-SW-RED |
| | ) |
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the parties' Stipulation for Dismissal (#25). After careful consideration, the Court hereby **DISMISSES with prejudice** all claims and causes of action pled in this case. Each party shall bear his or its own fees and costs through the date of this order.

**IT IS SO ORDERED.**

DATED: August 2, 2007         _/s/ Richard E. Dorr_
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT